IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                     Criminal No. 6:11CR60009-001

JERRY MERRITT,
        Defendant.

## FINAL ORDER OF FORFEITURE

On August 4, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 16). In the Preliminary Order of Forfeiture, the following asset was forfeited to the United States: a Remington Model 788, .308 Caliber Rifle, Serial Number 6090645, pursuant to 18 U.S.C. §§ 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On January 21, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED,

that based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on August 4, 2011, shall become final at this time.

IT IS SO ORDERED this 27th day of January, 2012.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 2 7 2012

CHRIS R. JOHNSON, Clerk
By
   Deputy Clerk